

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00862-CR

Noel Martinez **BALDERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7108
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellate counsel's motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED September 9, 2015.

_____
Patricia O. Alvarez, Justice